PER CURIAM.

(No. 6893—Claimant )

ALICE N. SWEET, Claimant, *vs.* THE BOARD OF REGENTS OF THE REGENCY UNIVERSITY SYSTEM, Respondent.

*Opinion filed March 28, 1974.*

FRED LAMBRUSCHI, Attorney for Claimant.

313

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C. J.

The parties hereto have submitted to this Court a joint stipulation establishing the following factual situation:

On October 15, 1971, the Claimant was walking upon a public sidewalk on the campus of the Illinois State University at Normal, Illinois. While in the exercise of due care for her safety, Claimant fell over a foreign object which the Respondent admittedly had carelessly and negligently permitted to accumulate and remain on the sidewalk.

As a result of the aforesaid incident Claimant sustained a fracture of her right leg, and incurred medical and hospital expenses in the sum of $1,103.05 for the treatment of her injury.

Claimant is hereby awarded the sum of $2,500.00.